| | |
|---|---|
| Liza M. Walsh<br>William T. Walsh, Jr.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>Telephone: (973) 757-1100 | Richard A. Edlin<br>James L. Ryerson<br>GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Telephone: (973) 360-7900<br><br>Robert J. Herrington<br>(pro hac vice application forthcoming)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121<br>Telephone: (310) 586-7700 |

*Attorneys for Defendants Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHIRLEY CRAWFORD, MATTHEW JORDAN, MELISSA ALEJANDRO, NICOLA SOBERS, JANICE BUTLER, PAULINE DION, LISA SAGHY, and RICHARD ANGEMI, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Defendants. | Civil Action No. 2:22-cv-02828 (MCA)(AME)<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>*Electronically Filed* |

**PLEASE TAKE NOTICE** that Defendants Samsung Electronics America, Inc. ("SEA") and Samsung Electronics Co., Ltd. ("SEC") shall move before the

1

Honorable Madeline Cox Arleo, U.S.D.J., at the United States District Court for the District of New Jersey, Newark, New Jersey, on March 6, 2023, at 9:00 a.m. or at such other date and time as set by the Court, for an Order dismissing Plaintiffs' First Amended Complaint in its entirety and with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, SEA and SEC will rely upon the Brief, Certification of James L. Ryerson, Esq. with exhibits, and Proposed Order submitted herewith. This motion is submitted pursuant to the Consent Orders of the Court dated October 20, 2022 (Dkt. 9) and December 6, 2022 (Dkt. 16).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 78.1(b), SEA and SEC request oral argument on this motion.

Respectfully submitted,

Dated: December 16, 2022

By: */s/ James L. Ryerson*
Liza M. Walsh
William T. Walsh, Jr.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Telephone: (973) 757-1100
lwalsh@walsh.law
wwalsh@walsh.law

Richard A. Edlin
James L. Ryerson
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

(973) 360-7900
edlinr@gtlaw.com
ryersonj@gtlaw.com

Robert J. Herrington
(pro hac vice application forthcoming)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700
herringtonr@gtlaw.com

*Attorneys for Defendants Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd.*