| | |
|---|---|
| Liza M. Walsh<br>William T. Walsh, Jr.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>Telephone: (973) 757-1100 | Richard A. Edlin<br>James L. Ryerson<br>GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Telephone: (973) 360-7900<br><br>Robert J. Herrington<br>(pro hac vice application forthcoming)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121<br>Telephone: (310) 586-7700 |

*Attorneys for Defendants Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRLEY CRAWFORD, MATTHEW JORDAN, MELISSA ALEJANDRO, NICOLA SOBERS, JANICE BUTLER, PAULINE DION, LISA SAGHY, and RICHARD ANGEMI, individually and on behalf of all those similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO., LTD.,<br><br>   Defendants. | Civil Action No. 2:22-cv-02828 (MCA)(AME)<br><br>**DEFENDANTS' RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**<br><br>*Electronically Filed* |

   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record certifies that Defendant Samsung Electronics America, Inc. ("SEA")

1

is a wholly-owned subsidiary of Defendant Samsung Electronics Co., Ltd. ("SEC"). SEC is a Korean corporation that is publicly traded on the Korean stock exchange. No other publicly-held corporation owns 10% or more of SEA's stock.

|  |  |
|---|---|
| Dated: December 16, 2022 | Respectfully submitted,<br><br>By: /s/ James L. Ryerson<br>Liza M. Walsh<br>William T. Walsh, Jr.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>Telephone: (973) 757-1100<br><br>Richard A. Edlin<br>James L. Ryerson<br>GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>(973) 360-7900<br><br>Robert J. Herrington<br>(pro hac vice application forthcoming)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121<br>Telephone: (310) 586-7700<br><br>*Attorneys for Defendants Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd.* |