

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 12, 2024

**VIA ECF**
Honorable Andre M. Espinosa, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Crawford, et al. v. Samsung Electronics America, Inc., et al.*
              Case No. 2:22-cv-02828 (MCA) (AME)

Dear Judge Espinosa:

      This firm, together with Greenberg Traurig, LLP, represents Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Defendants"), in connection with the above-referenced matter. On behalf of all parties, we respectfully submit the enclosed Stipulation and Proposed Order to Vacate Pending Deadlines for the Court's consideration.

      Should the enclosed Stipulation and Proposed Order meet with Your Honor's approval, we respectfully request that it be entered. Of course, should Your Honor or Your Honor's staff have any questions regarding the within, we are always available.

      We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    *s/ Liza M. Walsh*

                                    Liza M. Walsh

Encl.
cc:     All Counsel of Record (via ECF and Email)