

**WALSH**
PIZZI
O'REILLY
FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 24, 2024

**VIA ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:**   *Crawford, et al. v. Samsung Electronics America, Inc., et al.*
> **Case No. 2:22-cv-02828 (MCA) (AME)**

Dear Judge Arleo:

This firm, together with Greenberg Traurig, LLP, represents Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Defendants"), in connection with the above-referenced matter. Enclosed on behalf of all parties is a proposed 60 day order administratively terminating this action.

If the proposed order is acceptable to Your Honor, the parties respectfully request that you sign it and have it entered on the docket. The parties thank the Court for its assistance in this matter and are available to discuss should the Court have any questions.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

Encl.
cc:     All Counsel of Record (via ECF and Email)